UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES WHITTINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-01533-RLY-DML |
| | ) | |
| CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

James Whittington, Plaintiff, filed a request for judicial review of the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, to terminate his disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq.*  The court referred the matter to the Magistrate Judge, who issued her Report and Recommendation.  The Magistrate Judge concluded that the Administrative Law Judge's ("ALJ") decision is supported by substantial evidence, and therefore recommended that the decision terminating benefits be upheld.  Neither party objects.  Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).  After reviewing the record, the ALJ's decision, and the Report and Recommendation, this court is satisfied that the Magistrate Judge did not commit clear error.  Therefore, the court **ADOPTS** the

Magistrate Judge's Report and Recommendation (Filing No. 21) and **AFFIRMS** the decision of the ALJ.

**SO ORDERED** this 2nd day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.